OCTOBER 22, 1958

**No. 62401.**—Elite Sales Corp. *v.* United States, protest 290957–K.—Protest abandoned September 16, 1958.  (Not published.)  (Initial No. 246577–K.)  Plaintiff's application for rehearing granted.